UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SHAWN ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. LEYVA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01090-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO SERVE DEFENDANTS<br><br>(ECF No. 3) |

　　　　Leonard Shawn Robinson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On August 6, 2020, Plaintiff filed a motion, asking the Court to serve Defendants. (ECF No. 3).

　　　　Plaintiff's motion will be denied. As Plaintiff is a prisoner, the Court must screen Plaintiff's complaint. 28 U.S.C. § 1915A(a). If this case proceeds passed screening, as Plaintiff's pending application to proceed in forma pauperis will be granted, the Court and/or the United States Marshals Service will serve the complaint on the defendants.

\\\

\\\

1

1  Accordingly, IT IS ORDERED that Plaintiff's motion for the Court to serve Defendants is
2  DENIED.
3
4  IT IS SO ORDERED.
5  Dated:   **August 10, 2020**                             /s/ Eric P. Groj
6                                                                            UNITED STATES MAGISTRATE JUDGE